RECEIVED
IN MONROE, LA
OCT 16 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO. 3:04CR30053-01** |
| **VERSUS** | **JUDGE JAMES** |
| **JOSEPH WILL ROBINSON** | **MAGISTRATE JUDGE HAYES** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Monroe_, Louisiana, this _16_ day of _October_, 2007.

Robert G. James
UNITED STATES DISTRICT JUDGE